**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-2420

MICHAEL D. WEBB, d/b/a Major Mike Webb for U.S. Congress (VA8), d/b/a Friends for Webb, a/k/a Major Mike Webb,

Plaintiff - Appellant,

v.

WILLIAM NEWMAN, in his official and individual capacities; NOLAN DAWKINS, in his official and individual capacities; MARK SCHWARTZ, in his official and individual capacities; COUNTY OF ARLINGTON; MARK B. JINKS, in his official and individual capacities; CITY OF ALEXANDRIA; PATRICK MURPHY, in his official and individual capacities; LINDA ERDOS, in her official and individual capacities; REID GOLDSTEIN, in his official and individual capacities; BARBARA KANNINEN, in her official and individual capacities; MONIQUE O'GRADY, in her official and individual capacities; ARLINGTON PUBLIC SCHOOL BOARD; DONALD BEYER, in his official and individual capacities; MICHAEL BROWN, in his official and individual capacities; MARK ROBBINS, in his individual and official capacities; MURRAY "JAY" FARR, in his individual and official capacities; ARLINGTON COUNTY POLICE DEPARTMENT; BRYAN PORTER, in his official and individual capacities; THE COMMONWEALTH ATTORNEY'S OFFICE FOR THE COUNTY OF ALEXANDRIA; THEO STAMOS, in his official and individual capacities; THE COMMONWEALTH ATTORNEY'S OFFICE FOR THE COUNTY OF ARLINGTON; LOWELL FELD, in his official and individual capacities; BLUE VIRGINIA; REESE BROOME, P.C.; BLANKENSHIP & KEITH P. C.; JOSEPH WALTERS; JRW & ASSOCIATES; MARK HERRING, in his official and individual capacities; OFFICE OF THE ATTORNEY GENERAL; TIMOTHY MICHAEL KAINE; MARK R. WARNER, in his official and individual capacities,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:19-cv-00822-LO-TDB)

Submitted: April 14, 2020                                    Decided: April 16, 2020

Before WILKINSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed in part, dismissed in part by unpublished per curiam opinion.

Michael David Webb, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael D. Webb appeals the district court's order dismissing his civil complaint and denying his motions for temporary restraining orders. We have reviewed the record and find no reversible error. Accordingly, for the reasons stated by the district court, we affirm the dismissal of Webb's complaint. *Webb v. Newman*, No. 1:19-cv-00822-LO-TCB (E.D. Va. filed Oct. 31, 2019 & entered Nov. 4, 2019). To the extent Webb appeals the denial of his motions for temporary restraining orders, we lack jurisdiction to review the order. *See Office of Pers. Mgmt. v. Am. Fed'n of Gov't Emps.*, 473 U.S. 1301, 1303-06 (1985). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART,*
*DISMISSED IN PART*